IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02939-JLK-BNB

US SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

STANLEY B. MCDUFFIE, and
JILAPUHN, INC., d/b/a Her Majesty's Credit Union,

Defendants.

_____

**ORDER**
_____

I conducted an early neutral evaluation in this case on June 20, 2013. Some progress appeared to occur toward a resolution of the matter, and I set a supplemental proceeding to occur on September 4, 2013. In connection with the supplemental proceeding, I ordered the parties to submit supplemental position papers on or before August 30, 2013. The SEC made the required supplemental filing, in which it indicates that it does not believe that a supplemental ENE or settlement conference would be helpful. The defendants did not make the supplemental filing.

In view of these developments, I have determined that the proceedings scheduled for September 4, 2013, would be a waste of resources.

IT IS ORDERED that the supplemental early neutral evaluation set for September 4, 2013, at 10:00 a.m., is VACATED.

Dated September 3, 2013.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge